UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTA S.,[1]

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendants.
______________________________/

Case No. 4:25-cv-13613

F. Kay Behm
United States District Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 23, 2026 REPORT AND RECOMMENDATION (ECF No. 18)**

Currently before the Court is Magistrate Judge Stafford's October 23, 2026 Report and Recommendation, in which she recommends that Plaintiff's motion for summary judgment (ECF No. 12) be granted, the Commissioner's motion for summary judgment (ECF No. 14) be denied, and the ALJ's decision be remanded under sentence four of 42 U.S.C. § 405(g). (ECF No. 18). The

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, this district has adopted a policy to identify plaintiffs by only their first names and last initials. *See also* Fed. R. Civ. P. 5.2(c)(2)(B).

Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 18); **GRANTS** Plaintiff's motion for summary judgment (ECF No. 12); **DENIES** the Commissioner's motion for summary judgment (ECF No. 14); and **REMANDS** the ALJ's decision under sentence four of 42 U.S.C. § 405(g).

**SO ORDERED.**

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge